M. P. No. 79-303. JEFFREY R. HUGHES *v.* EUGENE PETIT, REGISTRAR. The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *David C. Moretti,* for petitioner. *Louis M. Cioci,* Assistant Special Counsel, for respondent.

M. P. No. 79-332. ELAINE CAMPO *v.* DEPARTMENT OF EMPLOYMENT SECURITY. The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *David B. Green, Warren D. Weinstein, Rhode Island Legal Services, Inc.,* for petitioner. *Gary R. Pannone,* Special Legal Counsel, Board of Review, for respondent.

M. P. No. 79-371. REV. JAMES C. RAWLINSON *et al. v.* BOARD OF CANVASSERS OF CITY OF WOONSOCKET *et al.* The petition for writ of certiorari is granted.

Mr. Justice Doris did not participate. *Rev. James C. Rawlinson,* pro se, for petitioners. *Dennis J. Roberts II,* Attorney General, *John S. Foley,* Special Assistant Attorney General, for respondent.